**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**LEON JACKSON RICE, JR.**                                                                                    **PETITIONER**

v.                                        Case No. 5:14-cv-00220 KGB/BD

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                                                **RESPONDENT**

## ORDER

The Court has reviewed the Recommended Disposition filed by Magistrate Judge Beth Deere (Dkt. No. 11). Plaintiff Leon Jackson Rice, Jr., filed objections to a prior Order, which the Clerk's office docketed as objections to the Recommended Disposition (Dkt. No. 12); a letter, which the Clerk's office docketed as a motion to correct objections (Dkt. No. 13); objections to the Recommended Disposition (Dkt. No. 14); a letter of judicial notice (Dkt. No. 15); a motion for ruling (Dkt. No. 17); and four additional letters of judicial notice (Dkt. Nos. 18, 19, 20, 21). The Court grants Mr. Rice's motion to correct his objections (Dkt. No. 13) and has considered what he identifies as his intended objections to the Recommended Disposition (Dkt. No. 14).

After considering the Recommended Disposition, Mr. Rice's objections, and conducting a *de novo* review of the record, the Court adopts the Recommended Disposition as this Court's own ruling (Dkt. No. 11). The Court does not need to conduct an evidentiary hearing in this matter. Although Judge Deere observed that several of Mr. Rice's claims were procedurally defaulted, Judge Deere addressed in her Recommended Disposition the merits of even those claims. The Court finds Judge Deere's reasoning sound, based on the record in this case, and, therefore, adopts the Recommended Disposition as this Court's own ruling. The Court denies and dismisses with prejudice Mr. Rice's petition for writ of habeas corpus (Dkt. No. 2). The Court denies as moot Mr. Rice's motion for ruling (Dkt. No. 17).

When entering a final order adverse to a habeas corpus petitioner, the Court must issue or deny a certificate of appealability. Rule 11 of the Rules Governing Section 2254 Cases. A certificate of appealability may issue only if a petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). In this case, there is no basis for this Court to issue a certificate of appealability. Accordingly, a certificate of appealability is denied.

SO ORDERED this 10th day of August, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE