## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**LEON JACKSON RICE, Jr.**                                                          **PETITIONER**

**v.**                          **Case No. 5:14-cv-00220 KGB/BD**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                    **RESPONDENT**

### JUDGMENT

In accordance with the Court's Order entered this date, it is considered, ordered, and adjudged that petitioner Leon Jackson Rice, Jr.'s 28 U.S.C. § 2254 petition for writ of habeas corpus is denied and dismissed with prejudice (Dkt. No. 2).

SO ADJUDGED this 10th day of August, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE